No. 81–2245. NEVADA *v.* UNITED STATES ET AL.;

No. 81–2276. TRUCKEE-CARSON IRRIGATION DISTRICT *v.* UNITED STATES ET AL.; and

No. 82–38. PYRAMID LAKE PAIUTE TRIBE OF INDIANS *v.* TRUCKEE-CARSON IRRIGATION DISTRICT ET AL. C. A. 9th Cir. [Certiorari granted, 459 U. S. 904.] Motion of Pyramid Lake Paiute Tribe of Indians for leave to file a reply brief out of time granted.

No. 82–786. UNITED STATES *v.* DOE. C. A. 3d Cir. Certiorari granted.

No. 81–1357. GREGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–2082. BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL. *v.* SMITHKLINE CORP.; and

No. 81–2268. SMITHKLINE CORP. *v.* BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 668 F. 2d 201.

No. 82–648. HARTIGAN, ATTORNEY GENERAL OF ILLINOIS, ET AL. *v.* GENERAL ELECTRIC CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–841. DON'T WASTE WASHINGTON LEGAL DEFENSE FOUNDATION *v.* WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1126. MARGIOTTA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–1160. ARUTUNOFF ET AL. *v.* OKLAHOMA STATE ELECTION BOARD ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–1241. PINCKARD ET AL. *v.* PINCKARD. Ct. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.